1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  TOVA D. WOLKING, CSBN 259782
5  Special Assistant United States Attorney
         160 Spear Street, Suite 800
6        San Francisco, CA 94105
7        Telephone: 415-977-8980
         Facsimile: 415-744-0134
8        E-Mail: tova.wolking@ssa.gov
9  Attorneys for Defendant

10
                UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12                    EASTERN DIVISION
13

| | |
|---|---|
| VELTA BRADLEY MOORE, | Case No. 2:13-cv-07424-PSG-SP |
| Plaintiff, | [PROPOSED] |
| v. | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: 3/20/15

PHILIP S. GUTIERREZ

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE